**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio Corporation, : : : Plaintiff : : v. : : CONART, INC., et. al., : : Defendants : : | 1:05-CV-38 (WLS) |

## **ORDER**

Before the Court is Defendants' Emergency Motion for Stay. (Doc. 40). For good cause shown, Defendants' Emergency Motion for Stay (Doc. 40) is **GRANTED**. Accordingly, the portion of the Court's March 29, 2006 Order ordering Defendants to deposit $386,973.44 with Plaintiff as collateral security is **STAYED** pending review of Defendants' Motion for Reconsideration. (*See* Doc. 38).

**SO ORDERED**, this  13TH  day of April, 2006.

                                                               /s/W. Louis Sands
                                                               **W. LOUIS SANDS, CHIEF JUDGE
UNITED STATES DISTRICT COURT**